UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ROE,

       Plaintiff,

Case No. 25-cv-10372
Hon. Matthew F. Leitman

v.

SEETHA MONRAD, *et al.*,

       Defendants.

_____/

## ORDER TERMINATING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE (ECF No. 13)

On February 7, 2025, Plaintiff John Roe filed this action against the Defendants. (*See* Compl., ECF No. 1; Am. Compl., ECF No. 4.)  The Defendants thereafter filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), for judgment on the pleadings under Rule 12(c), and for summary judgment under Rule 56. (*See* Mot., ECF No. 13.)

On April 29, 2025, without expressing any view regarding the merits of the motion, the Court issued an order granting Roe leave to file a Second Amended Complaint in order to remedy the alleged deficiencies in his claims. (*See* Order, ECF No. 14.)  The Court informed the parties that if Roe provided notice that he intended to file a Second Amended Complaint, the Court would terminate Defendants' motion to dismiss without prejudice. (*See id.*)

1

On May 13, 2025, Roe filed a notice with the Court in which he said that he will be filing a Second Amended Complaint. (*See* Notice, ECF No. 15.) Accordingly, the Court **TERMINATES** the Defendants' currently-pending motion to dismiss (ECF No. 13) **WITHOUT PREJUDICE AS MOOT**. The Defendants may file a renewed motion directed at the Second Amended Complaint if they believe that such a motion is appropriate after reviewing that pleading.

    **IT IS SO ORDERED**.

                                     s/Matthew F. Leitman
                                     MATTHEW F. LEITMAN
                                     UNITED STATES DISTRICT JUDGE

Dated: May 14, 2025

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 14, 2025, by electronic means and/or ordinary mail.

                                     s/Holly A. Ryan
                                     Case Manager
                                     (313) 234-5126