UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AHAB CHOPRA,

    Plaintiff,

v.

SEETHA MONRAD, *et al.*,

    Defendants.

    Case No. 25-cv-10372
    Hon. Matthew F. Leitman

_____/

**ORDER STAYING ALL DISCOVERY
UNTIL FURTHER ORDER OF THE COURT**

Currently pending before the Court are two motions: (1) Defendants' renewed motion to dismiss and for summary judgment (ECF No. 22) and (2) Plaintiff's motion for relief pursuant to Federal Rule of Civil Procedure 56(d) (ECF No. 25). "Trial courts have broad discretion and inherent power to stay discovery until preliminary questions that may dispose of the case are determined." *Hahn v. Star Bank*, 190 F.3d 708, 719 (6th Cir. 1999). Here, the Court has conducted a preliminary review of the motions and concludes that in the interest of judicial efficiency, until the Court resolves the pending motions, the parties shall not engage in any additional discovery. Accordingly, all discovery in this action is **STAYED** until further order of the Court following a ruling on the pending motions.

    **IT IS SO ORDERED**.

Dated: September 22, 2025

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

1

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 22, 2025, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126