UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AHAB CHOPRA,

    Plaintiff,

v.

Case No. 25-cv-10372
Hon. Matthew F. Leitman

SEETHA MONRAD, *et al.*,

    Defendants.
_____/

**ORDER (1) GRANTING IN PART AND DENYING IN PART DEFENDANTS' RENEWED MOTION TO DISMISS AND FOR SUMMARY JUDGMENT (ECF No. 22) AND (2) TERMINATING AS MOOT PLAINTIFF'S MOTION FOR RELIEF PURSUANT TO RULE 56(d) (ECF No. 25)**

On January 26, 2026, the Court held a hearing on the pending motions in this case. For the reasons stated on the record, Defendants' Renewed Motion to Dismiss and for Summary Judgment (ECF No. 22) is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's Motion for Relief under Rule 56(d) (ECF No. 25) is **TERMINATED AS MOOT**.

Specifically, **IT IS HEREBY ORDERED** as follows:

- Defendants' motion to dismiss Count I of Plaintiff's complaint (*see* ECF No. 22) is **DENIED** in its entirety.

1

- Defendants' motion to dismiss Count II of Plaintiff's complaint (*see* ECF No. 22) is **GRANTED** in its entirety.  Count II is **DISMISSED** against all Defendants.

- Defendants' motion to dismiss Count III of Plaintiff's complaint (*see* ECF No. 22) is **GRANTED IN PART** and **DENIED IN PART**.  The motion is **GRANTED** to the extent that it seeks dismissal of the claim against the named Defendants.  Count III is **DISMISSED WITHOUT PREJUDICE** as to the named Defendants. The motion is **DENIED** with respect to the rest of its attack on Count III.

- Defendants' motion to dismiss Count IV of Plaintiff's complaint (*see* ECF No. 22) is **GRANTED IN PART** and **TAKEN UNDER ADVISEMENT IN PART**.  The motion is **GRANTED** to the extent that it seeks dismissal of the claim against Defendants Seetha Monrad, Kathryn Shindeldecker, and John Does 1-18.  The motion is **TAKEN UNDER ADVISEMENT** as to the dismissal of Count IV against Defendant Erin McKean.  Plaintiff shall have two weeks to file a supplemental brief explaining why the claims should not be dismissed on qualified immunity grounds as to Defendant McKean. Defendants shall have two weeks to respond.

- Defendants' motion to dismiss Count V of Plaintiff's complaint (*see* ECF No. 22) is **GRANTED IN PART** and **TAKEN UNDER ADVISEMENT IN**

**PART**. The motion is **GRANTED** to the extent that it seeks dismissal of the claim against Defendants Seetha Monrad, Kathryn Shindeldecker, and John Does 1-18. The motion is **TAKEN UNDER ADVISEMENT** as to the dismissal of Count V against Defendant Erin McKean. Plaintiff shall include in his supplemental brief his arguments as to why this claim was plausibly alleged against Defendant McKean and why the claim should not be dismissed on qualified immunity grounds. Defendants shall include a response in their supplemental brief.

- Plaintiff's Motion for Relief Pursuant to Rule 56(d) is **TERMINATED AS MOOT** because Defendants orally withdrew their motion for summary judgment at the hearing.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 26, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 26, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

3