UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AHAB CHOPRA,

     Plaintiff,

                                   Case No. 25-cv-10372

v.                                Hon. Matthew F. Leitman

SEETHA MONRAD, *et al.*,

     Defendants.

_____/

## ORDER (1) RESOLVING OUTSTANDING ISSUES IN CONNECTION WITH DEFENDANTS' RENEWED MOTION TO DISMISS AND FOR SUMMARY JUDGMENT (ECF No. 22); (2) GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF No. 36); (3) *SUA SPONTE* MODIFYING PRIOR ORDER (ECF No. 34); AND (4) STAYING DISCOVERY

On March 23, 2026, the Court held a status conference to address a number of open issues in this case. For the reasons stated on the record, **IT IS HEREBY ORDERED** as follows:

(1) The Court resolves the issues that remained open in conjunction with the Defendants' Renewed Motion to Dismiss and for Summary Judgment (ECF No. 22) as follows. Count IV of Plaintiff's Third Amended Complaint (ECF No. 21) is **DISMISSED** as against Defendant Erin McKean in her individual capacity and may proceed against Defendant McKean in her official capacity. The First Amendment retaliation claim in Count V of Plaintiff's Third

1

Amended Complaint is **DISMISSED** as against Defendant McKean in both her official and individual capacities.

(2) Plaintiff's Motion for Reconsideration (ECF No. 36) is **GRANTED IN PART** and **DENIED IN PART** as follows.  The Motion is **DENIED** to the extent that it seeks reinstatement of Count IV of Plaintiff's Third Amended Complaint against the John Doe Defendants in their individual capacities.  It is **GRANTED** to the extent that it seeks reinstatement of Count IV of Plaintiff's Third Amended Complaint against the John Doe Defendants in their official capacities.  That portion of the claim is hereby **REINSTATED**.

(3) The Court *sua sponte* alters the portion of its prior order (ECF No. 34) dismissing Count V of the Third Amended Complaint as against the John Doe Defendants.  The Court converts the dismissal of that Count against those Defendants from one with prejudice to one without prejudice.

(4) Finally, discovery is **STAYED** until further order of the Court.

**IT IS SO ORDERED.**

Dated: March 23, 2026

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

2